# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-461-FDW-DCK *SEALED*

| | |
|---|---|
| NTN CORPORATION AND NTN BEARING CORPORATION OF AMERICA, ) ) ) Plaintiffs, ) ) v. ) ) STEVE THOMAS, Individually and America Europa, Inc. d/b/a AE Inc., ) ) ) Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To Seal File Pending Hearing On *Ex Parte* Seizure Order And Temporary Restraining Order" (Document No. 1) filed August 13, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To Seal File Pending Hearing On *Ex Parte* Seizure Order And Temporary Restraining Order" (Document No. 1) is **GRANTED**.

Signed: August 13, 2013

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.