# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:13-CV-461-FDW-DCK *SEALED*

| | |
|---|---|
| NTN CORPORATION AND NTN BEARING CORPORATION OF AMERICA, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>STEVE THOMAS, Individually and America Europa, Inc. d/b/a AE Inc., )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiffs' "Motion To Allow Filing Under Seal" (Document No. 2) filed August 13, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' "Motion To Allow Filing Under Seal" (Document No. 2) is **GRANTED**.

Signed: August 13, 2013

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.