IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-461-FDW-DCK *SEALED*

| | |
|---|---|
| NTN CORPORATION AND NTN BEARING CORPORATION OF AMERICA, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | **ORDER** |
| STEVE THOMAS, Individually and America Europa, Inc. d/b/a AE Inc., ) ) ) ) | |
| Defendants. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) filed by John C. Nipp, concerning Howard S. Michael on August 13, 2013. Mr. Howard S. Michael seeks to appear as counsel *pro hac vice* for Plaintiffs NTN Corporation and NTN Bearing Corporation of America. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) is **GRANTED**. Mr. Howard S. Michael is hereby admitted *pro hac vice* to represent Plaintiffs NTN Corporation and NTN Bearing Corporation of America.

**SO ORDERED**.

Signed: August 13, 2013

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.